```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA STEO,

                    Plaintiff,        21 Civ. 02802 (LLS)

        - against -                       ORDER

IKEA AND IKEA US RETAIL LLC AS
SUCCESSOR TO IKEA NEW YORK, LLC, AND
KELLERMEYER BERGENSONS SERVICES, LLC

                    Defendants.
```

It having been reported to the Court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty (30) days of the date of the Order either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated:  New York, New York
        August 9, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.