ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -X
Barbara Steo,

      Plaintiff               21 Civ. 02802 (LLS)

        - against -             ORDER

IKEA AND IKEA US RETAIL LLC,
as successor to IKEA NEW
YORK, LLC, AND KELLERMEYER
BERGENSONS SERVICES, LLC,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - -X

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____            │
│ DATE FILED: 9|6|22           │
└─────────────────────────────┘
```

      Good cause appearing, and with the concurrence of both

sides, further discovery proceedings in this case are stayed for

60 days, to allow issues regarding the identify of Plaintiff's

counsel[1] and the status of the settlement to be resolved.

      So ordered.

Dated:  New York, New York
        September 6, 2022

                                         _Louis L. Stanton_
                                      LOUIS L. STANTON
                                          U.S.D.J.

---

    [1] Plaintiff's attorney's application to be relieved, filed September 5,
2022, is defective for lack of compliance with the requirements of Local
Civil Rule 1.4 of this Court.

-1-