ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA STEO,

          Plaintiff,

    - against -

IKEA AND IKEA US RETAIL, LLC. as
successor to Ikea New York, LLC, AND
KELLERMEYER BERGENSONS SERVICES, LLC,

          Defendant.

21 Civ. 02802 (LLS)

ORDER

    A final pretrial conference is scheduled for Friday, February 3, 2023, at 3:00 PM:

    Pursuant Judge Stanton's Individual Rules, the parties are ordered to submit a joint pre-trial Order in accordance with Judge Stanton's rules by January 20, 2023.

    The joint pre-trial Order must include (1) a section containing agreed findings of fact, (2) a section containing plaintiff's proposed findings of fact with evidentiary sources, (3) a section containing defendant's proposed findings of fact with evidentiary sources, (4) a joint list of expert witnesses, identified by name, and the party calling said witness(es), (5) a list of premarked joint trial exhibits which the parties agree may be received in evidence, (6) a list of other premarked

exhibits which the parties do not agree may be received in evidence, together with the basis for objection and citation to the applicable Federal Rule of Evidence, and (7) a section indicating whether the action is a jury or nonjury matter and estimating the trial time which each party will require.

Finally, with the pre-trial order the parties shall each submit trial briefs on contested issue(s) of law, requests to charge, proposed voir dire, and copies of the expert's sworn statements, if applicable. Trial briefs should also identify and address any evidentiary issue(s) likely to arise at trial. Briefs should be concise, declaratory statements of the law without unnecessary detail or recitation of facts. Each statement of law in the briefs must be supported by citation to appropriate authority.

So ordered.

Dated:   New York, New York
         December 8, 2022

*Louis L. Stanton*

LOUIS L. STANTON
U.S.D.J.